IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **DANIEL SHRYOCK** | * | |
| Plaintiff | * | |
| | * | CIVIL NO. JKB-15-3610 |
| v. | * | |
| **BED BATH & BEYOND,** et al. | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal filed on February 12, 2016 (ECF No. 11), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 12th day of February, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge